IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RAYMOND K. HEDGESPETH, JR.,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

11-cv-76-bbc

THE STATE OF WISCONSIN and
WISCONSIN DEPARTMENT OF
HEALTH SERVICES,

    Defendants.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Raymond K. Hedgespeth, Jr. leave to proceed on his claim that defendants State of Wisconsin and Department of Health Services subjected him to strip searches that violated the United States Constitution and state law and dismissing this case.

_____    _____3/18/11_____
Peter Oppeneer, Clerk of Court                Date